■ DONALD MACPHERSON, Appellant, v 80 VARICK STREET GROUP, L.P., et al., Respondents. [874 NYS2d 110]—Order, Supreme Court, New York County (Marylin G. Diamond, J.), entered November 1, 2007, which denied plaintiff's motion to vacate an order dismissing the action and restore the case to the calendar, unanimously affirmed, without costs.

Plaintiff proffered a reasonable excuse for his default, i.e., that he never received notice of the preliminary conference, at which indeed neither side appeared (*see Grant v Rattoballi*, 57 AD3d 272, 273 [2008]). However, he failed to proffer facts showing that he has a meritorious cause of action (*see Rugieri v Bannister*, 7 NY3d 742 [2006]). Concur—Mazzarelli, J.P., Saxe, Nardelli, DeGrasse and Freedman, JJ.

■ In the Matter of GARY TEASLEY, Petitioner, v BRUCE ALLEN, Respondent. [874 NYS2d 857]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Nardelli, DeGrasse and Freedman, JJ.